# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LANDMARK AMERICAN INSURANCE
COMPANY

    VS                                                    CASE NO.   3:05cv401/LAC/MD

MOULTON PROPERTIES, INC., et al

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on     MARCH 23, 2007
Type of Motion/Pleading: MOTION FOR STAY
Filed by: DEFENDANT ARCH        on 2/27/07       Document   195
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
MOULTONS                            on 3/16/07      Doc.# 217
                                    on _____   Doc.# _____
                                    WILLIAM M. McCOOL, CLERK OF COURT

                                    s/L. James
                                    Deputy Clerk

### ORDER

Upon consideration of the foregoing, it is ORDERED this 23RD day of March, 2007, that:

(a)   The requested relief is DENIED.

(b)   _____

/s/ *Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.