# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LANDMARK AMERICAN INSURANCE
COMPANY,

    Plaintiff/Counter-Defendant,

ARCH INSURANCE GROUP,

    Intervenor/Plaintiff/Counter-Defendant,

v.                                                                Case No. 3:05cv401/LAC

MOULTON PROPERTIES, INC.,
MOULTON BROTHERS, INC., and
THE MOULTON TRUST,,

    Defendant/Counter-Plaintiffs,
_____/

## O R D E R

The Emergency Joint Motion for Extension of Time to File Response/Reply ... (Doc. 473) filed by Plaintiff/Counter-Defendant Landmark American Insurance Company ("Landmark") and the Intervener/Plaintiff/Counter-Defendant Arch Specialty Insurance Company ("Arch") is **GRANTED** to the extent that 1) they shall have until January 9, 2009, in which to respond to the motion and 2) the page limit for the response is increased to 40 pages. Counsel are reminded that the purpose of the response is to respond to Defendant/Counter-Plaintiffs' assertions that various evidentiary materials are *inadmissible*.

The response is not a forum to reply to movants' factual objections to their statements of material facts based on disputes over their accuracy, credibility and the like.

**ORDERED** on this 15th day of December, 2008.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge
